UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-20365 |
| Plaintiff, | Judge: Hon. Thomas Ludington |
| v. | |
| DALE VERNON THRUSH, | |
| Defendant. | |

### Government's Response to this Court's Order Requiring a Bill of Particulars

The United States of America ("the government") hereby files this Bill of Particulars in response to this Court's Order provided on November 13, 2023. ECF No. 134. The government understands it has been ordered to identify "…with particularity each and every act allegedly committed by Defendant that constitutes the wire fraud crimes he allegedly committed on or about July 12, 2021 (Count 15) and September 21, 2021 (Count 17). ECF 134 at 13-14. Once the government has filed its bill of particulars, this Court will evaluate whether the wire-fraud charges should be severed from the tax charges." ECF No. 133 at 14.

1

Acts Related to Count 15

Count 15 of the Superseding Indictment charges the defendant with violation of 18 U.S.C. § 1343 (wire fraud). Specifically:

> [An] [i]nterstate wire transmission of data from loan forgiveness application, falsely claiming that proceeds of loan number ending with 7703 were used in compliance with the PPP program requirements caused by DALE VERNON THRUSH, in Michigan, to the [Small Business Administration], outside of Michigan.

The transactions associated with this count occurred in multiple steps. First, Dale Thrush filed or caused to be filed a PPP Borrower Application Form for 402 N Mission St., LLC wherein he provided information qualifying him for a loan request of $110,000. This loan was assigned an identifier ending in 7703 and was made on or about April 16, 2020. Second, this loan request induced PNC Bank to disburse $110,000 on or about May 13, 2020 to a PNC Bank account ending in 9214 registered to 402 N Mission St LLC. Third, Dale Thrush deposited or caused to be deposited the $110,000 as a check ending in 410 dated on or about May 20, 2020 from the above-mentioned account ending in 9214 to an account located at Member's First Credit Union "MFCU" account ending in 3700 registered to 402 N. Mission Street, LLC ("MFCU N. Mission account").

Afterward, Dale Thrush caused or engaged in a series of transactions

which were not associated with payroll. Beginning on or about May 2020 and continuing until on or about June 2020, Dale Thrush transferred or caused to be transferred $45,000 from a MFCU N. Mission account to a MFCU account ending in 3700 registered to Dale Thrush ("MFCU Thrush Personal account"). These transactions occurred on the following dates and amounts:

| Date | Amount |
| --- | --- |
| 05/28/2020 | $9,000 |
| 05/29/2020 | $9,000 |
| 05/31/2020 | $9,000 |
| 06/02/2020 | $9,000 |
| 06/02/2020 | $9,000 |

Then Dale Thrush transferred or caused to be transferred the $45,000 from the MFCU Thrush Personal account to an account located at E-Trade also registered to Dale Thrush. These transfers occurred on the following dates and amounts:

| MFCU Date Transferred | E-Trade Date Received | Amount |
| --- | --- | --- |
| 05/29/2020 | 05/28/2020 | $9,000 |
| 06/01/2020 | 05/29/2020 | $9,000 |

3

| | | |
|---|---|---|
| 06/02/2020 | 06/01/2020 | $9,000 |
| 06/02/2020 | 06/01/2020 | $9,000 |
| 06/03/2020 | 06/02/2020 | $9,000 |

He then engaged in a series of proprietary trades.

Moreover, on or about May 29, 2020, Dale Thrush transferred or caused to be transferred $28,106.46 from the MFCU N. Mission account to pay his home equity line of credit. Finally, on or about June 09, 2020, Dale Thrush transferred or caused to be transferred $29,564.59 from the same MFCU N. Mission account to pay off a loan owed to Brighthouse Financial. The government anticipates trial testimony will show none of these transfers covered allowable payroll costs.

On or about July 12, 2021, within the Eastern District of Michigan, Dale Thrush caused a wire communication to the Small Business Administration's ("SBA") servers outside Michigan when he submitted a loan forgiveness application. In this loan application, Dale Thrush either affirmed or caused to be affirmed that he spent the PPP loan ending in 7703 on payroll costs. This forgiveness application induced the SBA to wrongly discharge Thrush's loan, resulting in a loss of $110,000.

## Acts Related to Count 17

Count 17 of the superseding indictment charges the defendant with violating 18 U.S.C. § 1343 (wire fraud). Specifically:

> "[An] [i]nterstate wire transmission of data from loan forgiveness application, falsely claiming that proceeds of loan number ending with 8407 were used in compliance with the PPP program requirements caused by DALE VERNON THRUSH, in Michigan, to the SBA, outside of Michigan."

The transactions associated with this count occurred in multiple steps. First, Dale Thrush filed or caused to be filed a PPP Borrower Application Form for 402 N Mission St., LLC wherein he provided information qualifying him for a loan of $121,060. This loan was assigned an identifier ending in 8407 and was submitted on or about February 3, 2021. Second, this loan request induced PNC Bank to disburse $121,060 to a PNC Bank account ending in 5631 registered to 402 N Mission St LLC ("the 5631 account"). Third, Dale Thrush withdrew these funds in two checks. Dale Thrush deposited or caused to be deposited the first check ending in 410 dated March 10, 2021 valued at $60,530 from the 5631 account to the MFCU N. Mission account. Dale Thrush deposited or caused to be deposited the

5

second check ending in 420 dated July 9, 2021 valued at $60,430 from the 5631 account to MFCU N. Mission account.

Thrush then caused or engaged in a series of intermediate transactions within this account. Afterward, Thrush transferred or caused to be transferred approximately $150,000 as checks for payment of a business expansion project. Thrush directed the writing of checks totaling $75,000 payable to Tommie Bauer Excavating that were drawn on the MFCU N. Mission account. They occurred on the following dates in the following amounts:

| Date | Amount | Last Four Digits of Check |
|---|---|---|
| 06/10/2021 | $50,000 | 4879 |
| 07/19/2021 | $25,000 | 4891 |

In another instance, Thrush directed the writing of checks totaling approximately $75,000 to Pro Grade Concrete using the same account. They occurred on the following dates in the following amounts:

| Date | Amount | Last Four Digits of Check |
|---|---|---|
| 07/08/2021 | $31,311.15 | 4886 |
| 07/13/2021 | $43,772.40 | 4888 |

The government anticipates trial testimony will show none of these checks were for payroll expenses.

Afterward, on or about September 21, 2021, within the Eastern District of Michigan, Dale Thrush caused a wire communication to the SBA servers outside Michigan when he submitted a loan forgiveness application. In this application, Thrush affirmed or caused to be affirmed that he spent the loan ending in 8407 on payroll costs and sought loan forgiveness. This application induced the SBA to fraudulently discharge Thrush's loan, resulting in a loss to of $121,060.

Date: November 30, 2023          Respectfully submitted,

STUART M. GOLDBERG
*Acting Deputy Assistant Attorney General*
U.S. Department of Justice, Tax Division

<u>/s/Mark McDonald</u>
Mark McDonald (VA72198)
Trial Attorney
U.S. Attorney's Office
600 Church Street, STE 210
Flint, Michigan 48502-1280
(202) 305-2672

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, I electronically filed and emailed a copy of the foregoing document with the Clerk of the Court using the ECF system. The ECF system will automatically serve counsel of record.

/s/ Mark McDonald
Mark McDonald
Trial Attorney