UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DALE VERNON THRUSH,

        Defendant.

_____/

Case No. 1:20-cr-20365

Honorable Thomas L. Ludington
United States District Judge

**VERDICT FORM**

**Count One:**
26 U.S.C. § 7202

As to the charge that Dale Vernon Thrush, willfully failed to account truthfully for or pay over a tax due and owing to the United States on behalf of 402 N Mission for 2014 2nd Quarter, we the jury, unanimously find the defendant:

√ Not guilty.       _____ Guilty.

**Count Two:**
26 U.S.C. § 7202

As to the charge that Dale Vernon Thrush, willfully failed to account truthfully for or pay over a tax due and owing to the United States on behalf of 402 N Mission for 2014 3rd Quarter, we the jury, unanimously find the defendant:

√ Not guilty.       _____ Guilty.

**Count Three:**
26 U.S.C. § 7202

As to the charge that Dale Vernon Thrush, willfully failed to account truthfully for or pay over a tax due and owing to the United States on behalf of 402 N Mission for 2014 4th Quarter, we the jury, unanimously find the defendant:

√ Not guilty.       _____ Guilty.

## Count Four:
### 26 U.S.C. § 7202

As to the charge that Dale Vernon Thrush, willfully failed to account truthfully for or pay over a tax due and owing to the United States on behalf of 402 N Mission for 2015 1st Quarter, we the jury, unanimously find the defendant:

✓ Not guilty.  _____ Guilty.

## Count Five:
### 26 U.S.C. § 7202

As to the charge that Dale Vernon Thrush, willfully failed to account truthfully for or pay over a tax due and owing to the United States on behalf of 402 N Mission for 2015 2nd Quarter, we the jury, unanimously find the defendant:

_____ Not guilty.  ✓ Guilty.

## Count Six:
### 26 U.S.C. § 7202

As to the charge that Dale Vernon Thrush, willfully failed to account truthfully for or pay over a tax due and owing to the United States on behalf of 402 N Mission for 2015 3rd Quarter, we the jury, unanimously find the defendant:

✓ Not guilty.  _____ Guilty.

## Count Seven:
### 26 U.S.C. § 7202

As to the charge that Dale Vernon Thrush, willfully failed to account truthfully for or pay over a tax due and owing to the United States on behalf of 402 N Mission for 2015 4th Quarter, we the jury, unanimously find the defendant:

✓ Not guilty.  _____ Guilty.

## Count Eight:
### 26 U.S.C. § 7202

As to the charge that Dale Vernon Thrush willfully failed to account truthfully for or pay over a tax due and to owe to the United States on behalf of 402 N Mission for the 2016 1st Quarter, we, the jury, unanimously find the defendant:

✓ Not guilty.  _____ Guilty.

### Count Nine:
26 U.S.C. § 7202

As to the charge that Dale Vernon Thrush, willfully failed to account truthfully for or pay over a tax due and owing to the United States on behalf of 402 N Mission for 2016 3rd Quarter, we the jury, unanimously find the defendant:

\_\_\_\_\_ Not guilty.     \_\_X\_\_ Guilty.

### Count Ten:
26 U.S.C. § 7202

As to the charge that Dale Vernon Thrush, willfully failed to account truthfully for or pay over a tax due and owing to the United States on behalf of 402 N Mission for 2016 4th Quarter, we the jury, unanimously find the defendant:

\_\_\_\_\_ Not guilty.     \_\_X\_\_ Guilty.

### Count Eleven:
26 U.S.C. § 7203

As to the charge that Dale Vernon Thrush, willfully failed to file a federal individual income tax return for calendar year 2013 by the filing deadline, we the jury, unanimously find the defendant:

\_\_\_\_\_ Not guilty.     \_\_X\_\_ Guilty.

### Count Twelve:
26 U.S.C. § 7203

As to the charge that Dale Vernon Thrush, willfully failed to file a federal individual income tax return for calendar year 2014 by the filing deadline, we the jury, unanimously find the defendant:

\_\_\_\_\_ Not guilty.     \_\_X\_\_ Guilty.

### Count Thirteen:
26 U.S.C. § 7203

As to the charge that Dale Vernon Thrush, willfully failed to file a federal individual income tax return for calendar year 2015 by the filing deadline, we the jury, unanimously find the defendant:

\_\_\_\_\_ Not guilty.     \_\_X\_\_ Guilty.

- 3 -

**Count Fourteen:**
26 U.S.C. § 7203

As to the charge that Dale Vernon Thrush, willfully failed to file a federal individual income tax return for calendar year 2016 by the filing deadline, we the jury, unanimously find the defendant:

\_\_\_\_\_ Not guilty.      $\times$\_\_\_\_ Guilty.

*Proceed to the end of the Verdict Form and follow the Concluding Instruction.*

## CONCLUDING INSTRUCTION

If you have properly followed the jury instructions that accompany this Verdict Form, you will have completed your deliberations when you have reached this point. Please review the Verdict Form once more to make sure that you have answered all the questions that you were called upon to answer by the instructions and that you have recorded no response to the questions that, under the instructions, there was no occasion for you to address. After you have completed your review, your foreperson should place his or her signature, the date, and his or her printed name in the appropriate spaces below. Once the foreperson has done this, place the completed verdict form in the privacy folder and use the call button to notify the bailiff that you have reached a verdict.

*Jury Foreperson Name:*

*Jury Foreperson Signature:*

s/Jury Foreperson
In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

*Date:*   3-5-2025

- 5 -